*eral Berge,* and *Mr. W. Marvin Smith* for the United States.

No. 1197. CARLOTA BENITEZ SAMPAYO *v.* BANK OF NOVA SCOTIA. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. The CHIEF JUSTICE took no part in the consideration or decision of these applications. *Carlota Benitez Sampayo, pro se. Mr. Henri Brown* for respondent.

No. 1266. SAWA *v.* INDIANA. June 8, 1942. Petition for writ of certiorari to the Criminal Court of Lake County, Indiana, and motion for leave to proceed further *in forma pauperis,* denied. *John Sawa, pro se.*

No. 937. GALL *v.* BRADY, WARDEN; and
No. 938. CAREY *v.* BRADY, WARDEN. June 8, 1942. The petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and the motions for leave to proceed further *in forma pauperis,* are denied. *Mr. G. Van Velsor Wolf* for petitioners.

No. 1085. McKEE ET AL. *v.* JOHNSTON, WARDEN. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Frank McKee* and *James Ryan, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.

No. 1112. MITCHELL *v.* UNITED STATES. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Ap-